PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Mar 02, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

JULIUS WATSON,

CASE NO.   2:21-mj-0038 DB

SEALING ORDER

**UNDER SEAL**

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: March 2, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER