Timothy E. Warriner, Bar. No. 166128
Law Office of Timothy E. Warriner
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorney for Defendant
Julius Jamar Watson III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIUS JAMAR WATSON III,<br><br>Defendant. | No. 2:21-cr-54 KJM<br><br>**STIPULATION AND ORDER RE TEMPORARY RELEASE FAMILY VISITATION** |

    Mr. Watson's aunt, Jennifer Mitchell, died on August 16, 2021. Her funeral services will be held in Sacramento County, at the Morgan Jones Chapel of Chimes, 4200 Broadway, on September 1, 2021, from 4:00 p.m. to 7:00 p.m. Mr. Watson is requesting to be temporarily released from custody on September 1, 2021, to attend the funeral.

    Mr. Watson is in custody at the Sacramento Main Jail. The request is that he be temporarily released on September 1, 2021, sometime between 3:00 p.m. and 4:00 p.m., to the custody of the defense investigator Fred J. Scoville, and return to the Sacramento County Main Jail no later than 8:00 p.m. on September 1, 2021.

    It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Julius Jamar Watson III, through their attorneys, that Mr. Watson may be temporarily released from custody as set forth below to attend the funeral on September 1, 2021.

    The parties agree that the Court may order Mr. Watson be temporarily released sometime between 3:00 p.m. and 4:00 p.m. on September 1, 2021, with instructions that he return to the

Sacramento County Main Jail by 8:00 p.m. the same day. The parties request the Court to direct the U.S. Marshal Service to coordinate Mr. Watson's release and surrender with the jail as they see fit, within the time frame permitted above. Mr. Watson has signed the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before September 1, 2021.

Respectfully submitted,

Dated: August 29, 2021

/s/ Timothy E. Warriner
Timothy E. Warriner

Dated:  August 29, 2021

/s/ Jason Hitt
Jason Hitt, AUSA
Counsel for the United States

**ORDER**

Julius Jamar Watson, III, is ordered temporarily released from custody sometime between 3:00 p.m. and 4:00 p.m. on September 1, 2021, to defense investigator Fred J. Scoville, and is further ordered to surrender himself to the Sacramento County Main Jail by 8:00 p.m. that same day. The U.S. Marshal Service is directed to make necessary arrangements with the Sacramento County Main Jail for Mr. Watson's release and surrender. Mr. Watson is ordered to sign the attached Notice to Defendant Being Released and to file it with the Court before his release. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated:  August 30, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE