|  | FILED |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | August 30, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JULIUS JAMAR WATSON, III,

    Defendant.

Case No. 2:21-cr-54-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JULIUS JAMAR WATSON, III  Case No. 2:21-cr-54-KJM  Charge 18 USC 922(g)(f), from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    \_\_\_\_\_ Unsecured Appearance Bond $ _____

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    \_\_\_\_\_ (Other): To be released at 3:00 PM on September 1, 2021 to the custody of Mr. Fred J. Scoville, Defense

    X  Investigator.  Defendant is to be returned to the Sacramento County Jail no later than 8:00 PM on September 1, 2021.

Issued at Sacramento, California on August 30, 2021 at  8:51 am .

    By:  /s/ Carolyn K. Delaney

    Magistrate Judge Carolyn K. Delaney