Timothy E. Warriner, Bar. No. 166128
Law Office of Timothy E. Warriner
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorney for Defendant
Julius Jamar Watson III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-54 KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |
| JULIUS JAMAR WATSON III, | |
| Defendant. | |

The parties hereby stipulate to the following briefing schedule concerning defendant's motion to suppress evidence to be heard on January 10, 2022 at 9:00 a.m.: government's opposition due December 13, 2021; defendant's reply due January 3, 2022.

Dated: November 17, 2021

                                     /s/ Timothy E. Warriner
                                     Timothy E. Warriner

Dated: November 17, 2021

                                     /s/ Jason Hitt
                                       Jason Hitt, AUSA
                                       Counsel for the United States

/////

/////

**ORDER**

The court adopts the briefing schedule pursuant to the stipulation of the parties. The government's opposition is to be filed no later than December 13, 2021, and the defendant's reply is to be filed no later than January 3, 2022. The motion hearing will be held on January 10, 2022 at 9:00 a.m.

DATED: November 22, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE