1    Timothy E. Warriner, Bar. No. 166128
     Law Office of Timothy E. Warriner
2    455 Capitol Mall, Suite 802
     Sacramento, California 95814
3    Telephone: (916) 443-7141
     tew@warrinerlaw.com
4
     Attorney for Defendant
5    Julius Jamar Watson III

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          No.  2:21-cr-54 KJM

11              Plaintiff,
                                        **STIPULATION AND PROPOSED ORDER**
12        v.                            **MODIFYING BRIEFING SCHEDULE**

13   JULIUS JAMAR WATSON III,

14              Defendant.

15

16        The parties hereby stipulate to the following modified briefing schedule concerning

17   defendant's motion to suppress evidence to be heard on January 10, 2022 at 9:00 a.m.:

18   government's opposition due January 3, 2022; defendant's reply due January 6, 2022.

19

20   Dated: December 29, 2021

21                                /s/ Timothy E. Warriner
                                  Timothy E. Warriner
22

23   Dated:  December 29, 2021

24                                /s/ Jason Hitt
                                  Jason Hitt, AUSA
25                                Counsel for the United States

26

27

28
                                  **ORDER**

                                    1

The court modifies the briefing schedule pursuant to the stipulation of the parties. The government's opposition is to be filed no later than January 3, 2022; and the defendant's reply is to be filed no later than January 6, 2022. The motion hearing will be held on January 10, 2022 at 9:00 a.m.

DATED:  January 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE