TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6000
Facsimile:    (916) 930-6093
Email:         tashachalfant@gmail.com

Attorney for Defendant
JULIUS JAMAR WATSON III

# UNITED STATES OF DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JULIUS JAMAR WATSON III,<br><br>Defendant. | Case No.:  2:21-CR-0054 KJM<br><br>**STIPULATION AND ORDER RE: TEMPORARY RELEASE FROM CUSTODY TO ATTEND FUNERAL PURSUANT TO 18 U.S.C. § 3142(i)** |

Mr. Watson, through his counsel of record, and Assistant United States Attorney Jason Hitt, hereby stipulate that this Court grant Mr. Watson temporary release pursuant to 18 U.S.C. § 3142(i) on Thursday, August 18, 2022 from 9:00 a.m. to 4:00 p.m. to attend the funeral service at Wiggins-Knipp Funeral Home in Vallejo, California.

Mr. Watson's uncle, Eric Robinson, passed away on August 6, 2022. Mr. Watson was close with his uncle and wants to attend the funeral.  Specifically:

-The funeral service is on Thursday, August 18, 2022, at 11:00 a.m. at, Wiggins-Knipp Funeral Home,524 Capitol Street, Vallejo, California 94590; 707-642-4459.

- 1 -

Jeffrey J. Wells, CJA defense investigator (license number 16994), confirmed that he is able to meet Mr. Watson in the Sacramento Main Jail lobby at 9:00 a.m. and return him to the same location by 4:00 p.m.  While on temporary release, Mr. Watson will remain in the care, custody and control, and within eyesight of Mr. Wells.

Mr. Watson will abide by all laws, and will not consume any alcohol or controlled substance, prescribed or not, during the period of his temporary release.

Mr. Watson will not meet with any other people during his temporary release other than being with Mr. Wells and in the presence of those at the service and reception.

All involved parties shall abide by the Center for Disease Control and Prevention's recommended COVID-19 precautions, including social distancing and the use of face masks.

The CJA defense investigator will contact Pretrial Services and the United States Marshals immediately at the phone numbers provided to him by defense counsel should any issue arise during the release period.

Mr. Watson is requesting to be temporarily released from custody at the Sacramento Main Jail so that he can attend the funeral event for his uncle, Eric Robinson.  Specifically, the request is that he be temporarily released on Thursday, August 18, 2022, at 9:00 a.m., to the custody of CJA Investigator Jeffrey J. Wells, and return to the Sacramento County Main Jail no later than 4:00 p.m.  He would travel from Sacramento Main Jail directly to the service at Wiggins-Knipp Funeral Home in Vallejo, and immediately following return

to the jail.[1]  There would be no other stops than as needed for the restroom and Mr. Watson to change clothes to the appropriate funeral attire.

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Mr. Watson, through their attorneys, that Mr. Watson may be temporarily released from custody as set forth below to attend the funeral events of Eric Robinson, on Thursday, August 18, 2022, in the third-party custody of CJA Investigator Jeffrey J. Wells.

The parties agree that the Court may order Mr. Watson temporarily released at 9:00 a.m. on Thursday, August 18, 2022, with instructions that he return to the jail by 4:00 p.m. the same day.  The Court shall direct the United States Marshals Service to coordinate Mr. Watson's release and surrender with the jail as they see fit, within the time frame permitted above.  Mr. Watson will sign the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before August 18, 2022.

                                        Respectfully submitted,

Date:  August 16, 2022        */s/Tasha Paris Chalfant*
                                        TASHA PARIS CHALFANT
                                        Attorney for Defendant
                                        JULIUS JAMAR WATSON III

Date:  August 16, 2022        PHILLIP A. TALBERT
                                        United States Attorney

                                        */s/Tasha Paris Chalfant for*
                                        JASON HITT
                                        Assistant United States Attorney

---

[1] Per online map/navigation data, it is 58 miles one-way from the Sacramento Main Jail to the Wiggins-Knipp Funeral Home Total estimated driving time is 53 minutes.

**O R D E R**

Pursuant to 18 U.S.C. § 3142(i), Julius Jamar Watson, is ordered temporarily released from custody at 9:0 a.m. on Thursday, August 18, 2022, to CJA Investigator Jeffrey J. Wells, and Julius Jamar Watson is further ordered to surrender himself to the Sacramento Main Jail by 4:00 p.m. that day. The United States Marshals Service is directed to make necessary arrangements with Sacramento Main Jail for Mr. Watson's release and surrender. Upon temporary release, Mr. Watson shall remain with the third-party custodian, CJA Investigator Jeffrey J. Wells at all times. CJA Investigator Jeffrey J. Wells shall return Mr. Watson to the Sacramento County Jail by 4:00 p.m. on Thursday, August 18, 2022. CJA Investigator Jeffrey J. Wells is ORDERED to notify the government and Pretrial Services immediately if Mr. Watson is non-compliant with the conditions of his release.

Mr. Watson is ordered to sign the attached Notice to Defendant Being Released and file it with the Court before his release. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: August 17, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE