LAW OFFICE OF TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Phone:  (916) 444-6100
Fax:  (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
JULIUS JAMAR WATSON III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JULIUS JAMAR WATSON III,<br><br>            Defendant. | Case No.: 2:21-CR-0054 KJM<br><br>STIPULATION AND ORDER RESETTING BAIL REVIEW HEARING<br><br>Date:  January 24, 2023<br>Time:  2:00 p.m.<br>Court:  Hon. Kendall J. Newman |

   This matter is currently set for a Bail Review hearing on January 20, 2023 at 2:00 p.m. before The Honorable Kendall J. Newman. Due to scheduling issues, all parties including Pre-trial, have agreed to vacate the January 20, 2023 date and reset this bail hearing to January 24, 2023 at 2:00 p.m. before The Honorable Kendall J. Newman.

   Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, stipulate as follows:

   1. By this stipulation, Defendant now moves to vacate the currently Bail Review

STIPULATION AND
ORDER RESETTING BAIL REVIEW
           1

hearing on January 20, 2023 and reset the Bail Review hearing to January 24, 2023. The United States does not oppose this request.

Assistant U.S. Attorney Jason Hitt has reviewed this proposed order and authorized Tasha Chalfant via email to sign it on his behalf.

DATED:  January 20, 2023

By */s/ Tasha Chalfant for*
JASON HITT
Assistant United States Attorney

DATED:  January 20, 2023

By */s/ Tasha Chalfant*
TASHA CHALFANT
Attorney for Defendant
Julius Jamar Watson III

STIPULATION AND
ORDER RESETTING BAIL REVIEW

2

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Bail Review hearing scheduled for January 20, 2023, is vacated. The Court further finds, based on the representations of the parties and Defendant that the matter is reset for January 24, 2023.

IT IS SO ORDERED.

Dated:  January 20, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND
ORDER RESETTING BAIL REVIEW                3