UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIUS JAMAR WATSON, III,<br><br>Defendant. | No. 2:21-CR-00054-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JULIUS JAMAR WATSON, III;

Case No. 2:21-CR-00054-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

_X_ (Other): <u>Time Served</u>.

Issued at Sacramento, California on _3/20/23_, at _10:37am_.

_____
Kimberly J. Mueller
United States District Judge